Clyde F. WAERS, as Regional Director of the 27th Region, National Labor Relations Board, Appellant,

v.

SPRECHER DRILLING CORPORATION, a corporation, Appellee.

No. 7267.

United States Court of Appeals
Tenth Circuit.

April 6, 1964.

Solomon I. Hirsh, Atty., N.L.R.B. (Stuart Rothman, Gen. Counsel, Dominick L. Manoli, Assoc. Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, and Glen M. Bendixsen, Atty., N.L.R.B. on the brief), for appellant.

W. J. Wehrli, Casper, Wyo., for appellee.

Before PHILLIPS, PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

On authority of Boire v. Greyhound Corporation, 84 S.Ct. 894, the judgment is reversed and the cause remanded, with instructions to dissolve the injunction and dismiss the action.

In the Matter of BRIGANTINE BEACH HOTEL, INC., a New Jersey Corporation, Debtor,

Brigantine Beach Hotel, Inc., Appellant.

No. 14601.

United States Court of Appeals
Third Circuit.

Argued April 9, 1964.

Decided April 16, 1964.

Frank J. Ferry, Atlantic City, N. J., for appellant.

Donald D. Phillips, Atlantic City, N. J., for appellee.

Before KALODNER, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

On review of the record we cannot say that on the facts therein appearing the District Court abused its discretion in denying the injunctive relief sought by the debtor-appellant.

The Order of the District Court of September 20, 1963, denying application for a preliminary injunction will be affirmed.